**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ARTRAI ALEXANDER, | ) | |
|     Petitioner, | ) | |
| vs. | ) | No. 3:17-CV-3139-L (BH) |
| | ) | |
| LORIE DAVIS, Director, | ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

**ORDER**

By *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On January 2, 2018, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to file an amended petition on the appropriate form and either pay the filing fee or file a motion to proceed *in forma pauperis* (IFP) within 30 days, as ordered. (*See* doc. 7.) On January 23, 2018, he filed his amended petition on the appropriate form and an IFP motion. (*See* docs. 9-11.) Because the petitioner has now complied with the order, and the January 2, 2018 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**.

    **SIGNED this 24th day of January, 2018.**

                                                                    IRMA CARRILLO RAMIREZ
                                                              UNITED STATES MAGISTRATE JUDGE